# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hollander, Ellen L. | UNITED STATES DISTRICT COURT, DISTRICT OF MARYLAND | 12/03/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ACTIVE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
CHAMBERS OF ELLEN LIPTON HOLLANDER
101 WEST LOMBARD STREET
BALTIMORE, MD 21201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | BOARD MEMBER | LIBRARY COMPANY OF THE BALTIMORE BAR |
| 2. | BOARD MEMBER | MARYLAND CHAPTER OF THE FEDERAL BAR ASSOCIATION |
| 3. | VICE PRESIDENT & SECRETARY | DISTRICT JUDGES ASSOCIATION OF THE FOURTH CIRCUIT |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1989-2017 | RETIREMENT SYSTEM FOR JUDGES OF THE STATE OF MARYLAND |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollander, Ellen L. | 12/03/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2017 | MARYLAND STATE RETIREMENT AGENCY | $109,089.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | SELF-EMPLOYED - ADVERTISING/MARKETING |
| 2. 2017 | PENSION - THE HEARST CORP BROADCAST RETIREMENT PLAN |
| 3. 2017 | SELF-EMPLOYED - ROYALTIES (AUTHOR) |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollander, Ellen L. | 12/03/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollander, Ellen L. | 12/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WHOLE LIFE INSURANCE POLICY : (H) | | | | | | | | | |
| 2. NORTHWESTERN MUTUAL POLICY - CASH VALUE | A | Int./Div. | M | T | | | | | |
| 3. CASH ACCOUNTS: (H) | | | | | | | | | |
| 4. M&T BANK | A | Interest | J | T | | | | | |
| 5. BANK OF AMERICA | A | Interest | J | T | | | | | |
| 6. US BANK - MORTGAGE ESCROW ACCOUNT | A | Interest | J | T | | | | | |
| 7. JP MORGAN CHASE BANK, N.A. | A | Interest | K | T | | | | | |
| 8. BROKERAGE & PERSONAL HOLDINGS: (H) | | | | | | | | | |
| 9. WELLS FARGO ADVANTAGE TREASURY PLUS MM FUND | A | Int./Div. | J | T | | | | | |
| 10. DEUTSCHE BANK MONEY MARKET | A | Int./Div. | J | T | | | | | |
| 11. MERRILL LYNCH BANK DEPOSIT | A | Int./Div. | K | T | | | | | |
| 12. ALPHABET INC - CLASS C | | None | K | T | | | | | |
| 13. AMAZON.COM INC. | | None | K | T | | | | | |
| 14. AMERICAN TOWER CORP | A | Dividend | K | T | Sold (part) | 03/02/17 | J | C | |
| 15. ANSYS, INC. - COMMON | | None | K | T | Sold (part) | 05/16/17 | J | B | |
| 16. BLACKBAUD, INC. | A | Dividend | J | T | Sold (part) | 05/19/17 | J | B | |
| 17. BLACKLINE, INC. | | None | J | T | Buy | 04/12/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollander, Ellen L. | 12/03/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 05/15/17 | J | | |
| 19. CARMAX, INC. | | None | J | T | | | | | |
| 20. CBRE GROUP INC. | | None | J | T | | | | | |
| 21. CELGENE CORP - COMMON | | None | K | T | | | | | |
| 22. CISCO SYSTEMS, INC. - COMMON | A | Dividend | J | T | | | | | |
| 23. COMCAST, INC. - COMMON | A | Dividend | J | T | | | | | |
| 24. CONSOLIDATED EDISON - COMMON | A | Dividend | J | T | | | | | |
| 25. CORE LAB N.V. | | None | J | T | Buy | 11/07/17 | J | | |
| 26. COSTAR GROUP, INC. | | None | J | T | | | | | |
| 27. DISCOVER FINANCIAL SERVICES, INC. | A | Dividend | J | T | | | | | |
| 28. ECOLAB, INC. - COMMON | A | Dividend | K | T | | | | | |
| 29. ENVESTNET, INC - COMMON | | None | J | T | | | | | |
| 30. EXPONENT, INC. | A | Dividend | J | T | | | | | |
| 31. FASTENAL CO - COMMON | A | Dividend | K | T | Sold (part) | 01/20/17 | J | D | |
| 32. HEALTHCARE SERVICES GROUP, INC. | A | Dividend | J | T | | | | | |
| 33. ILLUMINA, INC. | | None | K | T | | | | | |
| 34. INTELCORP - COMMON | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollander, Ellen L. | 12/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IBM - COMMON | D | Dividend | M | T | | | | | |
| 36. IMAX CORP | | None | | | Sold | 08/08/17 | J | | |
| 37. INTUITIVE SURGICAL, INC | | None | K | T | | | | | |
| 38. J & J - COMMON | A | Dividend | J | T | | | | | |
| 39. LKQ CORP - COMMON | | None | K | T | Sold (part) | 02/16/17 | J | B | |
| 40. | | | | | Sold (part) | 09/22/17 | J | C | |
| 41. MARKEL CORP - COMMON | | None | K | T | | | | | |
| 42. MASTERCARD, INC - CL A | A | Dividend | J | T | | | | | |
| 43. S&P GLOBAL, INC | A | Dividend | K | T | | | | | |
| 44. MOODYS CORP | A | Dividend | K | T | | | | | |
| 45. PAYCHEX, INC - COMMON | A | Dividend | J | T | | | | | |
| 46. PROS HOLDINGS INC. | | None | J | T | Buy | 09/05/17 | J | | |
| 47. QUALCOMM, INC - COMMON | A | Dividend | K | T | | | | | |
| 48. RED HAT, INC. | | None | K | T | | | | | |
| 49. ROPER INDUSTRIES - COMMON | A | Dividend | K | T | Sold (part) | 02/06/17 | J | C | |
| 50. SEI INVESTMENTS CO - COMMON | A | Dividend | K | T | Sold (part) | 03/02/17 | J | C | |
| 51. | | | | | Sold (part) | 11/29/17 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollander, Ellen L. | 12/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SIGNET JEWELERS, LTD | A | Dividend | | | Sold | 03/09/17 | J | | |
| 53. STERICYCLE - COMMON | | None | | | Sold | 05/08/17 | J | C | |
| 54. STERIS PLC SHS | A | Dividend | J | T | | | | | |
| 55. THREE D SYSTEMS NEW - COMMON | | None | | | Sold | 12/07/17 | J | | |
| 56. TRANSDIGM GROUP INC COM | A | Dividend | J | T | | | | | |
| 57. TRIMBLE NAVIGATION - COMMON | | None | K | T | Sold (part) | 05/16/17 | J | C | |
| 58. TYLER TECHNOLOGIES, INC. | | None | J | T | | | | | |
| 59. VERISK ANALYTICS | | None | K | T | | | | | |
| 60. VISA INC - COMMON | A | Dividend | K | T | | | | | |
| 61. WAGEWORKS, INC. | | None | J | T | | | | | |
| 62. WASTE CONNECTIONS, INC. | A | Dividend | J | T | | | | | |
| 63. WATSCO, INC. - COMMON | A | Dividend | J | T | Buy | 04/26/17 | J | | |
| 64. | | | | | Buy (add'l) | 09/22/17 | J | | |
| 65. WESTINGHOUSE AIR BRAKE TECHNOLOGIES, INC. | A | Dividend | | | Buy | 03/15/17 | J | | |
| 66. | | | | | Sold | 08/08/17 | J | | |
| 67. AMERICAN FUNDS - AMERICAN BALANCED FD INC SHS F-2 CL | A | Dividend | J | T | | | | | |
| 68. AMERICAN FUNDS-GROWTH FUND OF AMERICA CL F-2 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollander, Ellen L. | 12/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. FIRST EAGLE GLOBAL FUND, CLASS I (formerly Class A) | A | Dividend | J | T | | | | | |
| 70. HARTFORD MUTUAL FUNDS- HARTFORD MIDCAP I | A | Dividend | J | T | | | | | |
| 71. HARBOR MID CAP VALUE FD INSTITUTIONAL CLASS | A | Dividend | J | T | | | | | |
| 72. JP MORGAN SMALL CAP EQUITY FUND | A | Dividend | J | T | | | | | |
| 73. LOOMIS SAYLES FDS II WORLDWIDE INST | | None | J | T | | | | | |
| 74. MFS SER TR I VALUE FD CL I | A | Dividend | J | T | | | | | |
| 75. MORGAN STANLEY INSTL FD INC GLOBAL GRW I | | None | J | T | | | | | |
| 76. PRIMECAP ODYSSEY FUNDS ODYSSEY STK FD | A | Dividend | J | T | | | | | |
| 77. T ROWE PRICE MD TAX FREE BOND FUND | A | Dividend | J | T | | | | | |
| 78. VICTORY PORTFOLIOS SMALL CO OPP I | A | Dividend | J | T | | | | | |
| 79. ISRAELI BONDS | A | Interest | | | Sold | 04/19/17 | J | A | |
| 80. IRA ACCOUNT #1: (H) | | | | | | | | | |
| 81. DEUTSCHE BANK INS DEPOSIT | A | Int./Div. | J | T | | | | | |
| 82. FIRST EAGLE GLOBAL FUND I | A | Dividend | K | T | | | | | |
| 83. HARBOR CAPITAL APPRECIATION FUND | B | Dividend | K | T | | | | | |
| 84. HARBOR MIDCAP VALUE FUND | A | Dividend | J | T | | | | | |
| 85. JP MORGAN SMALL CAP EQUITY FUND | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollander, Ellen L. | 12/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. LOOMIS SAYLES GLOBAL EQUITY FD & INCOME FD CL Y | A | Dividend | K | T | | | | | |
| 87. MFS VALUE FUND CLASS I | A | Dividend | K | T | | | | | |
| 88. METROPOLITAN WEST TOTAL RETURN BOND FD CL I | A | Dividend | K | T | | | | | |
| 89. MSIF GLOBAL GROWTH OPPORTUNITY PORTFOLIO CL I | | None | K | T | Sold (part) | 07/12/17 | J | A | |
| 90. | | | | | Sold (part) | 10/09/17 | J | A | |
| 91. PRIMECAP ODYSSEY STOCK FUND | A | Dividend | K | T | Sold (part) | 04/12/17 | J | A | |
| 92. VIRTUS GLOBAL REAL ESTATE SECURITIES FD CL A | A | Dividend | J | T | | | | | |
| 93. PRINCIPAL FDS INC MIDCAP GROWTH I (formerly Midcap Blend) | A | Dividend | J | T | | | | | |
| 94. VICTORY PORTFOLIOS SMALL CO OPP I | A | Dividend | J | T | Sold (part) | 01/10/17 | J | A | |
| 95. IRA ACCOUNT #2: (H) | | | | | | | | | |
| 96. DEUTSCHE BANK INS DEPOSIT | A | Int./Div. | J | T | | | | | |
| 97. FIRST EAGLE FDS, INC - GLOBAL FUND CL I | A | Dividend | J | T | | | | | |
| 98. HARBOR CAPITAL APPRECIATION FD | A | Dividend | J | T | | | | | |
| 99. HARBOR MID CAP VALUE FUND | A | Dividend | J | T | | | | | |
| 100. METROPOLITAN WEST TOTAL RETURN BOND FD CL I | A | Dividend | J | T | | | | | |
| 101. JP MORGAN SMALL CAP EQUITY FUND | A | Dividend | J | T | | | | | |
| 102. MFS VALUE FUND CLASS I | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollander, Ellen L. | 12/03/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. MSIF GLOBAL GROWTH OPPORTUNITY PORTFOLIO FD CL I | A | Dividend | J | T | Sold (part) | 07/12/17 | J | A | |
| 104. | | | | | Sold (part) | 10/09/17 | J | A | |
| 105. PRIMECAP ODYSSEY STOCK FUND | A | Dividend | J | T | Sold (part) | 04/12/17 | J | A | |
| 106. PRINCIPAL FDS INC MIDCAP GROWTH I (formerly Midcap Blend) | A | Dividend | J | T | | | | | |
| 107. THORNBURG GLOBAL OPPORTUNITIES FND CLASS I | A | Dividend | J | T | | | | | |
| 108. VIRTUS GLOBAL REAL ESTATE SECURITIES | A | Dividend | J | T | | | | | |
| 109. AMG MGRS SKYLINE SPECIAL EQTY | A | Dividend | J | T | Sold (part) | 01/10/17 | J | A | |
| 110. 401(K) PLAN: (H) | | | | | | | | | |
| 111. AMCENT EQ GR INST | A | Dividend | M | T | | | | | |
| 112. AMERICAN FUNDS EURO PACIFIC GROWTH FD R6 | | None | L | T | | | | | |
| 113. AMERICAN FUNDS GROWTH FUND OF AMERICA R6 | | None | L | T | | | | | |
| 114. FIDELITY PURITAN FUND | A | Dividend | L | T | | | | | |
| 115. TCW COR FXD INC I | | None | L | T | | | | | |
| 116. T.ROWE PRICE INST SMCAP STK | | None | L | T | | | | | |
| 117. VANGUARD INST INDX INST PLS | | None | L | T | | | | | |
| 118. VANGUARD MID CAP INDEX INSTL FD | | None | L | T | | | | | |
| 119. EDUCATION SAVINGS 529 PLANS: (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollander, Ellen L. | 12/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. MD COLLEGE INVESTMENT PLANS - PORTFOLIO FOR COLLEGE 2030 (ACCT #1) | | None | J | T | | | | | |
| 121. MD COLLEGE INVESTMENT PLANS - PORTFOLIO FOR COLLEGE 2030 (ACCT #2) | | None | J | T | | | | | |
| 122. MD COLLEGE INVESTMENT PLANS - PORTFOLIO FOR COLLEGE 2030 (ACCT #3) | | None | J | T | | | | | |
| 123. MD COLLEGE INVESTMENT PLANS - PORTFOLIO FOR COLLEGE 2036 (ACCT #4) | | None | J | T | | | | | |
| 124. MD COLLEGE INVESTMENT PLANS PORTFOLIO FOR COLLEGE 2033 (ACCOUNT #5) | | None | J | T | Buy | 12/12/17 | J | | |
| 125. MD COLLEGE INVESTMENT PLANS -PORTFOLIO FOR COLLEGE 2033 (ACCOUNT #6) | | None | J | T | Buy | 12/12/17 | J | | |
| 126. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollander, Ellen L. | 12/03/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART I:
Previously, I inadvertently omitted reference to the District Judges Association of the Fourth Circuit.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ellen L. Hollander**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544